UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
non-profit corporation,

          Plaintiff,

    v.

STOCKTON RECYCLING, INC.,
a California corporation,
JAMES WILLIAMS, an individual,
FRED ESPINO, an individual,
and PAUL FAIAS, an invidivual,

          Defendants.
_____/

NO. CIV. S-11-0705 LKK/EFB

O R D E R

A status conference in the above-referenced matter is currently scheduled for May 31, 2011 at 2:30. In their status report, the parties indicated that the matter is likely to be settled no later than July 31, 2011. The parties requested that the court not set binding dates at the currently scheduled status conference. Accordingly, the status conference scheduled for May 31, 2011 is CONTINUED to August 22, 2011 at 2:00 p.m. The parties
////

1

SHALL file updated status reports no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: May 26, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT