|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

        Plaintiff,

    v.                   CIV. NO. S-11-705 LKK/EFB

STOCKTON RECYCLING, INC., a
California corporation, JAMES
WILLIAMS, an individual,
FRED ESPINO, an individual,
and PAUL FAIAS, an individual,

        Defendants.
_____/

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

        Plaintiff,

    v.                   CIV. NO. S-11-1239 LKK/EFB

STOCKTON RECYCLING, INC., a
California corporation, JAMES
WILLIAMS, an individual,
and FRED ESPINO, an individual,

        Defendants.
_____/

1  CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE, a non-
2  profit corporation,

3               Plaintiff,

4        v.                          CIV. NO. S-11-1599 LKK/EFB

5  STOCKTON RECYCLING, INC., a
   California corporation, and
6  JAMES WILLIAMS, an individual,           O R D E R

7               Defendants.
                                    /
8

9      A status conference was held in chambers on September 26,

10 2011.  After hearing, the court orders as follows:

11     1.   A further status conference is set for December 19, 2011

12          at 2:00 p.m.  The parties shall file updated status

13          reports fourteen (14) days prior to the status

14          conference.

15     IT IS SO ORDERED.

16     DATED: September 27, 2011.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2