ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>STOCKTON RECYCLING, INC., a California corporation, and JAMES WILLIAMS, an individual,<br><br>                Defendants. | CIV. NO. S-11-705-LKK/CKD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant Stockton

Recycling, Inc. and Defendant Mr. James Williams ("Defendants") (collectively, the "Parties")

stipulate as follows:

**WHEREAS**, on or about January 13, 2011, CSPA provided Defendants with a Notice of

1  Violations and Intent to File Suit ("60-Day Notice Letter No. 1") under Section 505 of the Federal

2  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

3      **WHEREAS**, on or about March 9, 2011, CSPA provided Defendants with a Notice of

4  Violations and Intent to File Suit ("60-Day Notice Letter No. 2") under Section 505 of the Federal

5  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

6      **WHEREAS**, on or about April 11, 2011, CSPA provided Defendants with a Notice of

7  Violations and Intent to File Suit ("60-Day Notice Letter No. 3") under Section 505 of the Federal

8  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

9      **WHEREAS**, on March 15, 2011, CSPA filed a complaint ("Complaint No. 1") against

10  Defendants in this Court, *California Sportfishing Protection Alliance v. Stockton Recycling, Inc.*,

11  *et al* (USDC, E.D. Cal., Case No. 2:11-CV-00705) and Complaint No. 1 incorporated by

12  reference all of the allegations contained in CSPA's 60-Day Notice Letter No. 1;

13      **WHEREAS**, on May 9, 2011, CSPA filed a complaint ("Complaint No. 2") against

14  Defendants in this Court, *California Sportfishing Protection Alliance v. Stockton Recycling, Inc.*,

15  *et al* (USDC, E.D. Cal., Case No. 2:11-CV-01239) and Complaint No. 2 incorporated by

16  reference all of the allegations contained in CSPA's 60-Day Notice Letter No. 2;

17      **WHEREAS**, on June 14, 2011, CSPA filed a complaint ("Complaint No. 3")  against

18  Defendants in this Court, *California Sportfishing Protection Alliance v. Stockton Recycling, Inc.*,

19  *et al* (USDC, E.D. Cal., Case No. 2:11-CV-01599) and Complaint No. 3 incorporated by

20  reference all of the allegations contained in CSPA's 60-Day Notice Letter No. 3;

21      **WHEREAS**, Complaint Nos. 1, 2 and 3 shall hereinafter be collectively referred to as the

22  Complaint;

23      **WHEREAS**,  Civil case number S-11-705-LKK/CKD has been consolidated by

24  stipulation of the Parties and Order of this Court dated December 16, 2011, with the following

25  two related actions: (a) California Sportfishing Protection Alliance, a non-profit corporation,

26  Plaintiff, vs. Stockton Recycling, Inc., a California corporation, James Williams, an individual,

27  and Fred Espino, an individual, Action No. CIV. NO. S-11-1239-LKK/CKD; and (b) California

28  Sportfishing Protection Alliance, a non-profit corporation, Plaintiff, vs. Stockton Recycling, Inc.,

1  a California corporation, James Williams, an individual, Action No. CIV. NO. S-11-1599-

2  LKK/CKD;

3      **WHEREAS**, CSPA and Defendants, through their authorized representatives and without

4  either adjudication of CSPA's claims or admission by Defendants of any alleged violation or

5  other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as

6  set forth in CSPA's 60-Day Notice Letter Nos. 1, 2 and 3 and the Complaint, thereby avoiding the

7  costs and uncertainties of further litigation.  A copy of the agreement ("Consent Agreement")

8  entered into by and between CSPA and Defendants is attached hereto as Exhibit A and

9  incorporated by reference.

10     **WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt

11  requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

12  review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

13  agencies.

14     **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

15  the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter Nos. 1, 2 and 3 and the

16  Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

17  The Parties respectfully request an order from this Court dismissing such claims with prejudice.

18  In accordance with Clause 20 of the Consent Agreement, the Parties also request that this Court

19  retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of

20  resolving any disputes between the Parties with respect to enforcement of any provision of the

21  Consent Agreement.

22

23

24

25

26

27

28

1    Dated:  April 12, 2012            LAW OFFICES OF ANDREW L. PACKARD

2

3

4                                      By:  /s/ Erik Roper

5                                        Erik M. Roper
                                       Attorneys for Plaintiff

6                                        CALIFORNIA SPORTFISHING PROTECTION
                                       ALLIANCE

7

8

9    Dated:  April 12, 2012            LAW OFFICES OF THOMAS M. BRUEN

10

11

12                                      By:  /s/ Thomas Bruen
                                     (As authorized on April 12, 2012 – L.R. 131)

13                                      Thomas M. Bruen
                                     Attorneys for Defendants

14                                      STOCKTON RECYCLING, INC., *et al*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Stockton Recycling, Inc. and Mr. James Williams as set forth in CSPA's 60-Day Notice Letter Nos. 1, 2 and 3 and the Complaint filed in Case No. 2:11-CV-00705-LKK-CKD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:   April 17, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT